1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  VALENTIN TRUJILLO,

11            Petitioner,              No. CIV S-04-0789 WBS DAD P

12      vs.

13  STATE OF CALIFORNIA, et al.,

14            Respondents.            ORDER

15  _____/

16            Good cause appearing, IT IS HEREBY ORDERED that:

17            1. Respondents' July 19, 2005, request for leave to file a supplemental answer is

18  granted;

19            2. Petitioner may file and serve a reply within thirty days after service of this

20  order; and

21            3. The Clerk shall file the twenty three-page supplemental answer attached to

22  respondents' July 19, 2005 request.

23  DATED: July 21, 2005.

24

25                                    _____
                                      DALE A. DROZD
26  DAD:13                            UNITED STATES MAGISTRATE JUDGE
    truj0789.suppans