IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALENTIN TRUJILLO,

    Petitioner,                      No. CIV S-04-0789 MCE DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.                ORDER

                                  /

         Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 6, 2008, this court issued findings and recommendations which recommended that petitioner's application be denied. The parties were granted twenty days within which to file objections to the findings and recommendations. On February 28, 2008, petitioner requested a thirty day extension of time to file his objections.[1]

/////

/////

---

[1] In his request for extension of time, petitioner mistakenly implies that his objections should be filed in the "United States 9th Circuit Court." Petitioner is advised that he must file objections to the February 6, 2008 findings and recommendations in this court. When a final judgment is issued in this case, petitioner may then file an appeal in the Ninth Circuit Court of Appeals.

1

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1.  Petitioner's February 28, 2008 request for an extension of time is granted; and

3       2.  Petitioner's objections to the February 6, 2008 findings and recommendations

4 shall be filed on or before March 28, 2008.

5 DATED: March 10, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

10 DAD:8:trujillo789.111